IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 26-UNA |
| ) | |
| EARL WALLACE, ) | |
| ) | |
| Defendant. ) | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about February 12, 2007, in the State and District of Delaware, Earl N. Wallace, defendant herein, did knowingly receive and possess a firearm, that is, a silencer, which was not identified thereupon by a serial number, in violation of Title 26, United States Code, Section 5861(i).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: February 27, 2007



FILED

FEB 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE