UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 07-26 UNA |
| vs. | ) |
| Earl N. Wallace, | ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *2/21/07* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 11, 2007* The time between the date of this order and *May 11, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

    Honorable Mary Pat Thynge
    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney