REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-26-SLR |
| EARL WALLACE, | : |
| Defendant. | : |

### ORDER

In response to Mr. Wallace's Motion for Modification of Residence, it is HEREBY ORDERED on this \_\_2nd\_\_ day of \_\_April\_\_, 2007, that Defendant Earl Wallace be permitted to change his residence to ▮▮▮▮▮▮▮▮▮▮ Baltimore, MD, ▮

_____
The Honorable Sue L. Robinson
United States District Judge