IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-026-SLR |
| EARL N. WALLACE, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington this 21st day of June, 2007,

IT IS ORDERED that the change of plea hearing scheduled for **Monday, June 25, 2007** will commence at **4:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge