IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARL N. WALLACE, )<br>)<br>Defendant. ) | Crim. No. 07-026-SLR |

O R D E R

At Wilmington this 26th day of June, 2007,

IT IS ORDERED that a change of plea hearing is scheduled for

**Wednesday, July 25, 2007** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J.

Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **July

25, 2007** plea hearing shall be excluded under the Speedy Trial Act in the interests of

justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge