IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-026-SLR |
| ) | |
| EARL N. WALLACE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 19th day of July, 2007,

IT IS ORDERED that the change of plea hearing scheduled for **July 25, 2007** is **cancelled**. A telephone conference for the purpose of setting a trial date is scheduled for **Thursday, July 26, 2007 at 2:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **July 26, 2007** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge