IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Crim. No. 07-026-SLR |
| ) | |
| EARL WALLACE, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 26th day of July, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, November 19, 2007** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Tuesday, November 13, 2007** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine shall be filed on or before **Tuesday, October 30, 2007**. Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **Tuesday, November 6, 2007**.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

                                                                    _____
                                                                    United States District Judge