IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-26-SLR |
| ) | |
| EARL N. WALLACE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Shawn A. Weede, Assistant United States Attorney for the District of Delaware, as co-counsel in the above-captioned case. Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, will continue to serve as lead counsel on the matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x126

Dated: October 30, 2007