IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-26-SLR |
| | ) | |
| EARL N. WALLACE | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby requests that the Court submit the following questions to the jury panel in the trial of the above-captioned case:

1. Do you know (witness list to be applied)?

2. This case involves a charge of knowingly receiving and possessing a silencer without a serial number. Is there anything about the nature of the charge that would prevent you from being an impartial juror?

3. Do you object to a law which prohibits people from possessing a silencer without a serial number?

4. Are you a member of any organization which supports or opposes federal or state gun control laws?

5. Do you think the police should spend less time investigating gun and firearms cases than they do?

6. Have you, or any close relative, ever been the victim of gun violence or a crime that involved the use of a firearm?

7. Have you, or any close relative, ever been investigated by the Bureau of Alcohol, Tobacco & Firearms (ATF) or the Pennsylvania State Police?

8. Would the fact that the ATF or the Pennsylvania State Police are the investigating and/or participating agencies in this case interfere with your ability to be fair and impartial?

9. Would the fact that members of ATF and/or the Pennsylvania State Police acted in an undercover capacity in the investigation of this case interfere with your ability to be fair and impartial?

10. Have you served on a jury for a criminal case before?

11. If your answer to the question above is "yes," did that jury reach a verdict?

12. Have you, a close friend or relative, ever been arrested for anything (other than a minor traffic offense)?

13. Have you ever testified in a criminal case?

14. Do you have any pending claims against the United States?

           COLM F. CONNOLLY
           United States Attorney

           BY: /s/ Shawn A. Weede
                Shawn A. Weede
                Shannon Thee Hanson
                Assistant United States Attorneys
                1007 Orange Street, Suite 700
                P.O. Box 2046

Dated: November 6, 2007        Wilmington, Delaware 19899-2046