**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal Action No. 07- 26-SLR |
| ) | |
| EARL WALLACE,      ) | |
| ) | |
| Defendant.       ) | |

**SUPERSEDING INDICTMENT**

FILED

NOV 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about February 12, 2007, in the State and District of Delaware, Earl N. Wallace, defendant herein, did knowingly receive and possess a firearm, that is, a silencer, which was not identified thereupon by a serial number, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

**COUNT TWO**

On or about February 12, 2007, in the State and District of Delaware, Earl N. Wallace, defendant herein, did knowingly receive and possess a firearm, that is, a silencer, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**COUNT THREE**

On or about February 12, 2007, in the State and District of Delaware, Earl N. Wallace, defendant herein, did knowingly receive and possess, a firearm, that is, a silencer, that had been shipped or transported in interstate or foreign commerce, after having been convicted on or about

May 9, 2001, of a crime punishable by imprisonment for a term exceeding one year, in the District Court of Maryland, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT FOUR

On or about January 2007, in the District of Maryland and the Eastern District of Pennsylvania, Earl N. Wallace, defendant herein, did knowingly ship or transport in interstate or foreign commerce, and knowingly possessed in or affecting interstate or foreign commerce, a firearm, that is, a Colt Model 1991 A1, Series 80, .45 caliber pistol, Serial Number 2776420, after having been convicted on or about May 9, 2001, of a crime punishable by imprisonment for a term exceeding one year, in the District Court of Maryland, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

A TRUE ᴮᴵᴸᴸ

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: November 27, 2007

2