IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-26-SLR |
| EARL WALLACE, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this _26th_ day of _February_, 2008, that Defendant's change of plea hearing shall be scheduled on the _5th_ day of _March_, 2008, @ 5:00 p.m. and that the time between the date of this Order and the date of the rescheduled hearing be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
**HONORABLE SUE L. ROBINSON**
United States District Court