IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-26-SLR |
| | ) | |
| EARL N. WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the original Indictment (D.I. 7), as the defendant has pled guilty to the Count Three (III) of the Superseding Indictment (D.I. 34).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   __Shawn A. Weede_____
Shawn A. Weede
Assistant United States Attorney

Dated: June 12, 2008

SO ORDERED this _____ day of _____, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge